

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHRISTINE COLLIER, VICTORIA COLLIER, and NATHAN COLLIER, <br><br> Plaintiffs, <br><br> vs. <br><br> TIM FOX, in his official capacity as Attorney General of Montana; STEVE BULLOCK, in his official capacity as Governor of Montana; SCOTT TWITO, in his official capacity as Yellowstone County Attorney, and KRISTIE LEE BOELTER in her official capacity as Clerk of the Yellowstone County District Court, <br><br> Defendants. | CV 15-83-BLG-SPW <br><br> ORDER |

Upon the Plaintiffs' Unopposed Motion for Leave to Amend Complaint (Doc. 31), and good cause being shown,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to Amend Complaint is **GRANTED.**

1

DATED this 9th day of March, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge