# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHRISTINE COLLIER, *et al*, ) | |
| ) | Cause No. CV 15-83-BLG-SPW-TJC |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| TIM FOX, *et al*, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on Kristie Lee Boelter's unopposed motion to substitute the new Yellowstone County Clerk of District Court as the defendant in the case. When the case began, Boelter was the Clerk of District Court. Boelter was not reelected. Terry Halpin was elected the Clerk of District Court. Halpin's term began on January 1, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Boelter would like the Court to substitute Halpin for her

as the defendant in the case. According to counsel for Boelter, counsel for the other parties do not oppose the motion.

For good cause shown, the Court **GRANTS** the Motion and **ORDERS** Terry Halpin, the current Yellowstone County Clerk of District Court, substituted for Kristie Lee Boelter, the former Yellowstone County Clerk of District Court, as the defendant in the case.

DATED this 23rd day of January, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge