TIMOTHY C. FOX
Montana Attorney General
DALE SCHOWENGERDT
Solicitor General
PATRICK M. RISKEN
MELISSA SCHLICHTING
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
dales@mt.gov
prisken@mt.gov
mschlichting@mt.gov

COUNSEL FOR DEFENDANTS
  ATTORNEY GENERAL AND GOVERNOR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| CHRISTINE COLLIER (PARKINSON), VICTORIA "VICKI" COLLIER, and NATHAN COLLIER,<br><br>     Plaintiffs,<br> v.<br><br>TIM FOX, in his official capacity as Attorney General of Montana; STEVE BULLOCK, in his official capacity as Governor of Montana; SCOTT TWITO, in his official capacity as Yellowstone County Attorney, and KRISTIE LEE BOELTER, in her official capacity as Clerk of Yellowstone County District Court,<br><br>     Defendants. | Cause No. CV-15-83-BLG-SPW-CSO<br><br>**DEFENDANTS FOX AND BULLOCK'S MOTION FOR SUMMARY JUDGMENT— Fed. R. Civ. P. 56** |

Defendants Tim Fox, Attorney General, and Steve Bullock, Governor of the State of Montana, through their undersigned counsel, move for an order of summary judgment dismissing the Plaintiffs' claims and causes of action. This motion is made pursuant to Fed. R. Civ. P. 56 and is based upon the accompanying brief, declarations and exhibits filed, and the remainder of the records and files herein.

Respectfully submitted this 1st day of June, 2017.

>TIMOTHY C. FOX
>Montana Attorney General
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>
>By: */s/ Patrick M. Risken*
>    PATRICK M. RISKEN
>    Counsel for Defendants
>       Attorney General Fox and
>       Governor Bullock

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: June 1, 2017            */s/ Patrick M. Risken*
                               Patrick M. Risken