TIMOTHY C. FOX
Montana Attorney General
DALE SCHOWENGERDT
Solicitor General
PATRICK M. RISKEN
MELISSA SCHLICHTING
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
dales@mt.gov
prisken@mt.gov
mschlichting@mt.gov

COUNSEL FOR DEFENDANTS
   ATTORNEY GENERAL AND GOVERNOR

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| CHRISTINE COLLIER (PARKINSON), VICTORIA "VICKI" COLLIER, and NATHAN COLLIER,<br><br>             Plaintiffs,<br><br>     v.<br><br>TIM FOX, in his official capacity as Attorney General of Montana; STEVE BULLOCK, in his official capacity as Governor of Montana; SCOTT TWITO, in his official capacity as Yellowstone County Attorney, and KRISTIE LEE BOELTER, in her official capacity as Clerk of Yellowstone County District Court,<br><br>             Defendants. | Cause No. CV-15-83-BLG-SPW-CSO<br><br>**DEFENDANTS FOX AND BULLOCK'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants Tim Fox, Attorney General, and Steve Bullock, Governor of the State of Montana, hereby submit the following undisputed facts, in support of their Motion for Summary Judgment, filed herewith:

1.     Nathan and Vicki Collier were married in Dillon, South Carolina, on April 26, 2000.  *Declaration of Patrick M. Risken Re Defendants' Motion for Summary Judgment* (hereinafter *Risken Decl. Re Summ. J.*) Ex. 4, Interrogatory No. 2.

2.     Nathan and Vicki Collier have been continuously married since that date, never having divorced.  *V. Collier Dep.* at 29:2-30:7, 31:13-15.  *Risken Decl. Re Summ. J.,* Ex. 2.

3.     Nathan Collier and Christine (Parkinson) Collier have never received a marriage license under the laws of Montana.

4.     Nathan and Christine (Parkinson) Collier consider their private meeting at Ridley Park in Pennsylvania in 2007 to have been their "marriage" for purposes of this case.  *Risken Decl. Re Summ. J.,* Ex. 4, Interrogatory No. 6; *N. Collier Dep.* at 34:3-15 (*Risken Decl. Re Summ. J.,* Ex. 1).  Both Nathan and Christine consider this event to be

the date of their "marriage" to one another.  *N. Collier Dep.* at 34:3-15;
*C. Collier Dep.* at 27:8-28:24 (*Risken Decl. Re Summ. J.,* Ex. 3).

5.     Nathan Collier and Christine (Parkinson) Collier applied
for a marriage license at the office of the Yellowstone County Clerk
on June 30, 2015, but that application was denied.  *N. Collier Dep.*
at 63:25-64:3; *C. Collier Dep.* at 36:5-9, 37:16-38:11, 63:6-14;
Ct. Doc. 43, ¶ 24.

6.     The reason that the Yellowstone County Clerk denied the
marriage license application was that Nathan Collier was already
married to Vicki Collier.  *C. Collier Dep.* at 36:5-9, 37:16-38:11.

7.     Nathan Collier believes that he should not have to choose
between Vicki and Christine as his legal "wife."  *N. Collier Dep.*
at 37:1-8, 37:25-38:2.  This is not a conviction based on any religion.  *Id.*

8.     The "contracts" that the Colliers claim to have entered as
amongst themselves are merely understandings without written
agreement to terms.  *N. Collier Dep.* at 48:2-23, 49:4-9; *V. Collier Dep.*
at 34:5-35:8; *C. Collier Dep.* at 21:16-20, 22:7-21.

9.     The "fear" that the Colliers express is not objectively
verifiable.  The Defendants have done nothing to overtly "threaten" any

of the Plaintiffs.  *N. Collier Dep.* at 92:5-93:2; *V. Collier Dep.* at 48:11-17; *C. Collier Dep.* at  69:10-17, 70:19-72:7.

10.    The Colliers' "fear" of any perceived "threat" is based solely upon the existence of the bigamy statutes.  *N. Collier Dep.* at 61:5-62:6, 98:3-17, 100:13-101:5; *C. Collier Dep.* at 47:20-49:2, 59:7-20.

11.    The Defendants have done nothing to "enforce" the bigamy statutes against the Colliers.  *N. Collier Dep.* at 80:18-21, 82:13-19, 83:1-6, 83:23-84:20, 92:5-93:2, *V. Collier Dep.* at 48:11-17, 54:15-55:9; *C. Collier Dep.* at 41:10-42:5, 72:4-7, 69:10-17, 116:9-16.

12.    The Colliers have no evidence of official "discrimination" against them or against others similarly situated.  *N. Collier Dep.* at 57:10-58:16, 96:16-97:19; *C. Collier Dep.* at 49:3-21, 86:13-16, 89:17-20, *V. Collier Dep.* at 87:20-88:2.

13.    The Colliers live as a family without state or county intervention in their lives.  *N. Collier Dep.* at 80:18-21, 82:13-19, 83:1-84:20, 92:5-93:2; *V. Collier Dep.* at 48:11-17, 54:15-55:9; *C. Collier Dep.* at 41:10-42:5, 67:23-68:3, 69:10-17, 70:19-72:7, 116:9-16.  This includes privacy in their home, intimacy and parenting.  *Id.*

14.     Nathan Collier admits that polygamy carries the risk of exposing women to the danger of predatory, abusive behaviors by men. *N. Collier Dep.* at 22:12-20, 23:18-19, 24:3-16, 40:9-14, 41:3-18, 42:5-9, 98:8-23.

15.     This case does not involve the practice of any religion. *N. Collier Dep.* at 86:6-15, 87:6-17, 88:3.

16.     Vicki Collier is not affected by the bigamy statutes. *V. Collier Dep.* at 59:14-23.

17.     Nathan Collier and Christine (Parkinson) Collier applied for and were granted a marriage license in Clark County, Nevada, on January 15, 2011.  *Risken Decl. Re Summ. J.,* Ex. 5.

18.     Nathan Collier and Christine (Parkinson) Collier applied for the annulment of their Nevada marriage in Douglas County, Nevada, on December 30, 2013.  They were granted a marriage annulment in Douglas County, Nevada, on January 6, 2014.  *Risken Decl. Re Summ. J.,* Ex. 6.

Respectfully submitted this 1st day of June, 2017.

>TIMOTHY C. FOX
>Montana Attorney General
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401

>By:  /s/  Patrick M. Risken
>    PATRICK M. RISKEN
>    Counsel for Defendants
>      Attorney General Fox and
>      Governor Bullock

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated:  June 1, 2017                  /s/ Patrick M. Risken
                                      Patrick M. Risken