
**HOME**  ABOUT  PHOTOS  POSTS  COMMUNIT

 **The Colliers** updated their profile picture.

Jan 20, 2015 at 7:35pm • 🌐



👍 45                    11 Comments 2 Shares

 **Like**         **Comment**         **Share**

Exhibit 8-1



← 🔍 **The Colliers** •••

**HOME** ABOUT PHOTOS POSTS COMMUNIT



👍 45         11 Comments 2 Shares

👍 Like     💬 Comment     ➤ Share

 **The Colliers** updated their cover photo.
Jan 20, 2015 at 7:35pm • 🌐



👍 48         11 Comments

 Like      Comment      Share

Exhibit 8-2




**The Colliers**
Jan 21, 2015 at 3:48pm · 🌐

Meeting and spending several days with the Brown family was a surreal experience that I will never forget. The Browns are pioneers of civil liberty as much as all others who have thrown themselves on the sword for social change. For several years I wanted the opportunity to meet the Browns just to say "Thank you! You have made our lives better!". Imagine how surreal it felt when I was driving between job sites and my phone rang: "Hi Nathan, this is Kody Brown"; I was stupefied. It wasn't Kody's celebrity status that had me tripping over every word; it was the sum total of the impact his efforts have had on my life and family.

I never would have believed that one day I would be grilling on my back deck with Kody, and while we were sitting there I remember never once feeling like I was spending time with a celebrity. Kody is an "irregular regular Joe". What I mean by that is that although his life certainly isn't typical, sitting there with him was comparable to sitting there with an old friend.

Meri has a better understanding of The Principle than anyone I have ever met. Her insight and

Write a comment... 😊

Exhibit 8-3

wisdom was truly impressive.  I wish there had been more time to gain from her knowledge and experience.

I will never forget my interactions with Janelle.  She has so much class and tact that I often found myself literally in awe.  I remember watching her interact with my wives thinking "there's a whole lot of class in this room!".

Christine has a natural, perpetual energy that just radiates from within.  I was able to charge my mobile phone just by standing close to her.  No, really.  🙂

Meeting Robyn was a pleasant surprise.  There is so much more depth in Robyn than comes out on TV.  Being previously limited to footage from the show I had no idea.  You think you know someone when you've watched them on TV for several years, but if you only know Robyn from what you've seen of her on TV, you don't really know Robyn at all.

The Brown children were all incredibly well behaved and very respectful.  The Browns have done an amazing job with their children; we were all very impressed.  I've never seen a child brush off a wasp sting like Truly did; that's one tough kid!  Dayton was one of the most well mannered, respectful and

Write a comment...

🙂

Exhibit 8-4


appreciative teenagers that I've ever met.

Worth noting, I had driven that truck the day before to the gas station to fuel it up (in case Kody wanted to take it for a drive) and there were no wasps in it then. I had also knocked down a wasp nest from outside of my garage. I'm guessing the wasps relocated to the truck at that time.

I think most of all, I enjoyed meeting Kody's mom. We sat off camera chatting for what must have been hours. She has such a unique way of expressing herself and telling her life's story. After each sentence I found myself waiting for the next one. She is such an awesome lady that we could all learn from.

It was a sincere pleasure all the way around and one that we'll look back on fondly. After rescheduling the visit once, we had a massive hail storm that destroyed our roof and siding as well as doing thousands of dollars in damage to our vehicles. We didn't want to appear on national TV with a home that looked like it was in a war zone and the logistics involved in getting it repaired in a matter of weeks was pretty crushing. We were literally still putting

Write a comment...  ☺

Exhibit 8-5


the house back together 30 minutes prior to their arrival.

The picture was taken on the back lot of our rural property. This is my "thinking spot" (nothing can stress you when you are sitting there overlooking the terrain) and is the same location you'll see in many of my pictures.

I've always said that life is a series of adventures, and this was our latest. I don't yet know where our next adventure will take us, but I know that our work is only just beginning.



👍 Like 💬 Comment ➤ Share

👍 101

Write a comment... 😊

Exhibit 8-6


 **The Colliers**
Feb 14, 2015 at 2:19pm · 🌐

Fearing social prejudice and condemnation, when I originally married my wives we had private and somewhat secretive ceremonies out of necessity, not shame. After hiding our family for over a decade, a couple years into living openly as a proud plural family we invited our friends and family to join us for a "dual wedding do-over" in early 2012 (hard to believe this was three years ago!). Although I have shared this link in a limited manner in the past, to create and promote transparency and awareness I'm now sharing it unrestricted.

https://www.youtube.com/watch?v=YFR1I4DV7cE

 **wedding.wmv**
Living in fear of social prejudice I...
youtube.com

 Like　　　 Comment　　　 Share

 35

 **Marie Martin**
Yes thank you so much for sharing.. You all

Write a comment...　　　　　　　　　　

Exhibit 8-7

 **The Colliers**

Mar 1, 2015 at 3:34pm 

I would invite and encourage everyone to tune in to tonight's episode of Sister Wives where the Brown family will discuss why they chose to legally restructure their family.

 75

27 Comments 2 Shares

 Like

 Comment

 Share

Exhibit 8-8

**HOME**    ABOUT    PHOTOS    POSTS    COMMUNIT

 **The Colliers**
Jun 19, 2015 at 11:41am • 🌐

The Colliers would like to congratulate Robyn, Kody and all the Browns on the newest Brown to be.

http://www.people.com/article/sister-wives-robyn-brown-pregnant



**Sister Wives' Robyn Brown Pregnant**
The TLC star is expecting her second child with...
people.com

👍 87                          7 Comments  4 Shares

 Like         Comment         Share

Exhibit 8-9



**The Colliers**
Jun 30, 2015 at 9:24am · 🌐

From civil rights to suffrage, prohibition to slavery, no social injustice has ever righted itself without those willing to sacrifice for the greater good. The Brown family, the Dargers, the Williams family and many others sacrificed their privacy to create awareness of functional plural marriage and they have taken this noble effort farther than I ever thought I would see it in my lifetime. I am truly indebted to them all.

It is now my turn to throw myself on the metaphorical sword in an effort to continue to build upon the work that so many others have begun.

With the blessings and support of my wife Vicki, my wife Christine and I are heading into the Yellowstone County Courthouse today to apply for a Montana marriage license using the Marriage Equality Act as a basis for our claim.

I don't know what to expect or how this will be handled. I expect the application to be denied after which I will file a civil rights lawsuit in federal court. We could possibly be arrested and caged for daring to attempt to legitimize our marriage legally.

My stomach is in knots but I remind myself that this is necessary for change. Please keep us in your hearts.

Write a comment... 🙂

Exhibit 8-10


 **The Colliers**
Jul 1, 2015 at 9:29am · 🌐

I've still not received a phone call from the county attorney on their decision to grant or deny our license to marry. I have been unofficially informed through other sources however that they are discussing charging me criminally. I knew the risks I faced when I asked the State to grant legal legitimacy to my family, and I accepted those risks. I only ask that if their intent is to lock me in a cage (and we wonder why they keep asking for more money to expand the jails?!?!?) over my family dynamic, contact me privately and I will walk in your front door. I have no reason to run or hide. Please, don't kick my door in and shoot my dogs. 😢

I'm truly saddened that in "the land of the free" I have to make such a request, and all over building a family that's different from "normal".
You can believe that the entire nation is and will be watching your choices and actions. There is no honor in destroying functional families.

👍 Like    💬 Comment    ➤ Share

 35

Write a comment...    ☺

Exhibit 8-11





**HOME**    ABOUT    PHOTOS    POSTS    COMMUNIT·

 40

3 Comments 4 Shares

👍 Like          💬 Comment          ➤ Share

 **The Colliers** shared a link.
Jul 6, 2015 at 9:10am · 🌐

 **Polygamy: Whose business is it anyway? - Writedge**
Polygamy is not a matter of right, wrong, legal or illegal, it's a word. Should we judge...
writedge.com

 See more articles from **Weaving Words Creative Writing Service**          Follow

 32

5 Comments 5 Shares

👍 Like          💬 Comment          ➤ Share

Write a comment...

 **The Colliers**

Exhibit 8-12



# Polygamy: Whose business is it anyway?

👤 Donna Thacker  📅 January 21, 2015  🏷️

Personal/Opinion  💬 No Comments



The home owned by Kody Brown in Utah. Brown

Exhibit 8-13


I write for another site where I cover TV shows. I write about "Sister Wives" and "My Five Wives" along with several other shows that I watch. Recently "Sister Wives" featured a family from Montana that openly practiced polygamy. Knowing I was going to write about them, I began chatting with them on Facebook and reading their pages and comments.

The husband, Nathan Collier, was open and honest both in our discussions and on the TV show when he and his two wives appeared on it. Other than the fact that he has two wives, the family was just like any other family. He and his two wives are hard working people and have happy, healthy kids. There is a lot of love in the household.

I personally do not practice polygamy, nor do I have any desire too. But then again, I have bee single for over five years and have no desire to have a husband, period. That's my choice, even though many do not agree with my decision to stay single, since my husband passed away. I am not hurting anyone by not having a spouse, just as Nathan is not hurting anyone by having two spouses

Exhibit 8-14

I have thought a lot about all of the different units that make up a family these days, and have to wonder why polygamy is judged so harshly, and is even still illegal. People who practice polygamy can be jailed and their children taken from them, just because a man is sharing his life with more than one woman.

Yes, I know that there are polygamists out there who force young girls into the lifestyle and rule with an iron hand in cult type communities. I certainly don't agree with that, but there are horrible types of men in every walk of life. Some men in a monogamous relationship treat their wives and children horribly by beating them and insisting on being the "man of the house."

We have pedophiles and rapists treating children and woman horribly. We have men that cheat on their wives and keep a mistress on the side for years. At least an honest, upstanding man who practices polygamy takes care of all of his wives and children and they are all aware of the situation and in agreement about their lifestyle.

Exhibit 8-15



The family unit has evolved so much over the years, that there are many different kinds of families. We have single woman, and yes, even single men, adopting children and raising them alone. We have two women falling in love and having children together. We have men living together in a romantic relationship.

Young girls are getting pregnant and raising their babies alone, or with the help of parents. We have interracial relationships and marriages, some states have legalized gay marriages. All of this was taboo in years past. Young girls who got pregnant before marriage were an embarrassment to the family and were often sent away to "boarding" school.

They don't have to live in fear of the law everyday of their lives like a family who practices polygamy does. A man that cheats on his wife and hides a mistress, or several of them, doesn't live in fear of being arrested, though he may live in fear of the wife finding out. The wife, the husband and the mistress are living a life full of lies and deceit.

At least most families that choses polygamy, all does it of their own free will and they are all honest

Exhibit 8-16

and open about the situation. Again, before any one starts commenting on the bad situations in polygamy, I am well aware that there are some polygamist families that aren't ideal.

But, that is individual situations, not polygamy as a whole. Just as not all monogamous marriages, or any family units, are all good or bad. We shouldn't stereotype the way a person lives because of words like single, gay, black, white or even polygamy, we should look at it as individual situations.

I wouldn't personally have any interest in a romantic relationship with another woman, but that doesn't mean I think badly about someone who chooses that lifestyle. It's not my life, so why should I care? As long as people or happy, healthy and loved, why should society care what they do their own homes, or how many woman share the same man?

*Feel free to comment with your thoughts, but please, no bashing, name calling or rudeness. This is written as an opinion piece and just as you are entitled to your opinion on the topic of polygamy, this writer is too.*


 **The Colliers**
Jul 6, 2015 at 10:10am · 🌐

Polygamist marries his wife!  HUGE shocker for everyone, I'm sure.

This is the announcement I mentioned would be published last night.  Going public on this was a choice we made together.

http://writedge.com/nathan-collier-exclusive-what-happened-in-vegas-in-2011/



**Nathan Collier Exclusive: What Happened in Vegas in 2011? - Writedge**
writedge.com

👍 40                    3 Comments 4 Shares

Exhibit 8-18


 **The Colliers**
Jul 8, 2015 at 3:51pm • 🌐

While we never wanted to be associated with abusive fringe polygamy groups like the FLDS anyway, we were a little surprised when the fundies went on record as being against our efforts of legitimizing plural marriage. I labored trying to figure this out when a friend suggested something that I hadn't even considered.

Fringe fundie groups/churches view wives as a commodity. When a man in those groups passes away his wives are "redistributed" to other men. By granting legal legitimacy to plural wives, the church would have to cede power and control over them. Realizing this only strengthens our resolve.

👍 15                          2 Comments

👍 Like        💬 Comment        ↪ Share



 **The Colliers**
Jul 6, 2015 at 10:10am • 🌐

Polygamist marries his wife! HUGE shocker for everyone, I'm sure.

Exhibit 8-19


 **The Colliers**
Jul 15, 2015 at 5:58pm • 🌐

Today we received notification from the county attorney that our marriage license has officially been denied. 😞

Our next step is to hire an attorney to file a civil rights lawsuit on our behalf. We will now begin a careful and deliberate process of finding the right attorney to represent us. We don't want one simply willing to take our case; we want to find one who believes in what we are doing. Recommendations on finding the right attorney would be much appreciated.

We thank you all for your continued support and will keep you notified as this progresses.

👍 27                                    4 Comments  1 Share

👍 Like            💬 Comment            ➡ Share

 **The Colliers**
Jul 8, 2015 at 3:51pm • 🌐

While we never wanted to be associated with abusive fringe polygamy groups like the FLDS anyway, we

Exhibit 8-20


 **The Colliers**
Jul 16, 2015 at 7:37pm · 🌐

I was waiting to post this until they had added video of the interview but I cannot say for sure if they will add it or not.  This was the interview from earlier today.

http://www.ktvq.com/story/29567381/polygamist-family-denied-marriage-license-by-yellowstone-county



**Polygamist family denied marriage license by Yellowstone County**
ktvq.com

👍 19

 Like       Comment       Share   Exhibit 8-21


 **The Colliers**
Jul 21, 2015 at 9:27pm · 🌐

After weeks of struggle weighing the risks and benefits to determine if we were strong enough to endure the stresses and expenses of the discrimination lawsuit for having been denied a marriage license, the time has come to either step up or step aside.

After reaching out only to hit one roadblock after another after another (nobody wanted to touch polygamy!), today we retained a Utah based attorney and are filing suit in U.S. District Court in Billings, Montana. We're currently awaiting approval for my attorney to practice in the 9th District and we fully expect the suit to be filed within the coming weeks.

I cannot overstate the impact this has had on our family (mentally, emotionally, financially, etc.) but we know we are doing the right thing and we use this awareness to carry us through those times when we want to give up. We cannot thank you enough for the friendship, love and support you all have shown us; this is what carries us when we feel alone in the world.

 Like      Comment      Share

Write a comment...     🙂

Exhibit 8-22

 **The Colliers**
Jul 24, 2015 at 7:27am · 🌐

From The Rainbow Hub.

http://www.therainbowhub.com/montana-polygamist-wife-christine-collier-exclusive-interview/

👍 3                                    3 Comments

👍 Like          💬 Comment          ➤ Share

 **The Colliers**
Jul 21, 2015 at 9:27pm · 🌐

After weeks of struggle weighing the risks and benefits to determine if we were strong enough to endure the stresses and expenses of the discrimination lawsuit for having been denied a marriage license, the time has come to either step up or step aside.

After reaching out only to hit one roadblock after another after another (nobody wanted to touch polygamy!), today we retained a Utah based attorney and are filing suit in U.S. District Court in Billings,

Exhibit 8-23



Scott Stabile

👍 11                                        1 Comment 2 Shares

👍 Like              💬 Comment              ➤ Share

 **The Colliers**
Jul 31, 2015 at 12:57pm · 🌐

I recently met a wife who came from an abusive plural marriage. When she finally reached her breaking point and she refused to accept the abuse any longer she was put out into the street with nothing. The entire validity of her marriage was subject to the will of a very bad man. This is a prime example of why we must fight this fight. Giving legal legitimacy to plural marriage gives legitimacy to plural wives and protects their interests. Giving legal legitimacy to plural wives will diminish abuses that flourish under the current laws.

👍 27                                        2 Comments 1 Share

👍 Like              💬 Comment              ➤ Share



 **The Colliers**
Jul 24, 2015 at 7:27am · 🌐

Exhibit 8-24


 **The Colliers**
Aug 2, 2015 at 12:37pm · 🌐

Obviously the ideal solution would be to get government out of the marriage business altogether. Nobody needs government sanctioning of their own families.

That said, that horse has left the barn; government is too deeply entwined with marriage to ever expect them to cede authority (when has government ever willingly ceded authority over anything?). So long as government continues to regulate marriage, our position is that ALL wives deserve the exact same legal legitimacy afforded first wives and this is the motivation behind our fight to achieve true marriage equality.

With this, I find myself at odds with various other plygs from many different backgrounds. They want decriminalization of plural marriage, but not legal legitimacy in the form of licensure. I understand why various sects like the FLDS are against me; granting legal legitimacy would force them to cede control over the women in their church thus preventing them from redistributing/trading wives like commodities. What I struggle to understand is why so many plygs who are independent of church control (or belong to churches with less control over their wives) are so passionately against giving their wives legal

Write a comment...

Exhibit 8-25



passionately against giving their wives legal legitimacy. This continues to peak my curiosity, but I may have figured that out.

Is it because it would be more difficult to have multiple wives drawing public assistance if they were legally tied to the same husband? If we stop with decriminalization it removes the aspect of prosecution while still enabling abusers to abuse the system.

Is it because some men don't take their plural marriages as seriously as their wives do, and by not being legally bound it makes it easier to walk away from her when times get tough and send her packing with nothing?

Is it a combination?

I would implore all plural wives to join our fight which serves to give the husband no legal advantage. In fact, our fight increases legal liability for the husband compelling him to only marry additional wives when he is willing to put his own ass on the metaphorical legal hook.

Wives, I would ask you to help us legitimize plural marriage (for those who are legitimate) by simply spreading the word. Lawyers and judges and courtrooms aren't responsible for the Marriage Equality Act; SOCIAL MEDIA is. Social media is the most powerful source of creating awareness available today. If you believe in our fight, please help us create awareness and share the true reasons

Write a comment... 

Exhibit 8-26

multiple wives drawing public assistance if they were legally tied to the same husband? If we stop with decriminalization it removes the aspect of prosecution while still enabling abusers to abuse the system.

Is it because some men don't take their plural marriages as seriously as their wives do, and by not being legally bound it makes it easier to walk away from her when times get tough and send her packing with nothing?

Is it a combination?

I would implore all plural wives to join our fight which serves to give the husband no legal advantage. In fact, our fight increases legal liability for the husband compelling him to only marry additional wives when he is willing to put his own ass on the metaphorical legal hook.

Wives, I would ask you to help us legitimize plural marriage (for those who are legitimate) by simply spreading the word. Lawyers and judges and courtrooms aren't responsible for the Marriage Equality Act; SOCIAL MEDIA is. Social media is the most powerful source of creating awareness available today. If you believe in our fight, please help us create awareness and share the true reasons behind it. This will do more to promote our fight than anything else imaginable.

Thanks so much!

Write a comment...

Exhibit 8-27




**The Colliers**
Aug 27, 2015 at 11:01am · 🌐

We just filed our federal lawsuit seeking TRUE marriage equality in U.S. District Court in Billings, Montana. The U.S. Marshal's Service should be serving the defendants in the very near future after which we will prepare to have our lives changed forever in many ways, both good and bad. No matter how this turns out I know that we will be on the right side of history and I cannot imagine anyone I would rather face this with than my wives who have loved me through everything and stood beside me even when some would say that they shouldn't have. We are fighting for the right for our family to simply exist without fear of prosecution for nothing more than being a family; I cannot imagine a greater cause worth fighting for.



**FILED**

AUG 2 7 2015

Clerk, U.S. District Court
District Of Montana
Billings

Christine Collier, Victoria Collier, and Nathan Collier, *Pro Se*



**UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA**

| CHRISTINE COLLIER (PARKINSON), VICTORIA "VICKI" COLLIER, and NATHAN COLLIER. | CIVIL RIGHTS COMPLAINT |
|---|---|
| Plaintiffs, | |

Write a comment... 

Exhibit 8-28



 **The Colliers**
Aug 28, 2015 at 9:45am • 🌐

Front page, lead story in the Billings Gazette today. 



👍 43                  8 Comments 5 Shares

👍 Like       💬 Comment       ➤ Share

 **The Colliers**
Aug 27, 2015 at 11:01am • 🌐

We just filed our federal lawsuit seeking TRUE marriage equality in U.S. District Court in Billings, Montana. The U.S. Marshal's Service should be

Exhibit 8-29

 **The Colliers**
Sep 14, 2015 at 6:50am • 🌐

Phone interview with Time Magazine.

http://time.com/4028299/nathan-collier-is-monogamy-over/

👍 7

 Like         Comment         Share

**The Colliers**
Aug 28, 2015 at 12:27pm • 🌐

Interview from yesterday with my local CBS affiliate. Not much video but a lot of printed content.

http://www.ktvq.com/story/29895738/polygamist-update



Exhibit 8-30


 **The Colliers**
Oct 15, 2015 at 12:52pm • 🌐

I just received word that the State is filing a motion to have our lawsuit dismissed without ever being heard. Not only would they deny us our right to exist as a family, but if they are successful they would even deny us our day in court.

 13                    12 Comments  1 Share

 Like          💬 Comment          ➤ Share

 **The Colliers**
Sep 14, 2015 at 12:09pm • 🌐

Today the State requested a thirty day extension to respond to our lawsuit. I told them my instincts are against allowing the extension; why would I willingly give them more time to form a better argument against legitimizing my family?
Ultimately I allowed the extension (the judge would have likely granted it anyway) and will use the time questioning and hopefully validating our commitment.

 23                    2 Comments  1 Share

Like          Comment          Share          Exhibit 8-31





**The Colliers**
Oct 23, 2015 at 7:12pm · 🌐

A few days late posting this, our latest news. The report is misworded in that the court has not made a decision on the motion to dismiss. I find the State claim that there is no reasonable threat of prosecution to be silly. If we aren't living under any threat of prosecution, why does the law exist at all? This is exactly what we are challenging. The denial of licensure was also challenged; I'd like to know how they arrive at these conclusions and I hope the judge sees through their attempt at denying us our due process.

http://www.ktvq.com/story/30300261/polygamist-lawsuit-met-with-motion-for-dismissal



Polygamist lawsuit met with motion for dismissal


Write a comment... 

Exhibit 8-32

 

 **The Colliers**
Dec 9, 2015 at 7:32pm · 🌐

It's no surprise that a local magistrate, who answers to the defendants, would move to dismiss. The case still needs to heard by the federal judge to render a final decision. We have two weeks to respond and are currently searching for an attorney licensed in Montana to move us forward.

http://billingsgazette.com/news/local/magistrate-judge-rules-against-billings-polygamists/article_41f0246f-b525-55e4-904a-5fe24761de23.html

 **Magistrate judge rules against Billings polygamists**
HELENA — A federal magistrate judge has ruled against a polygamous trio in...
billingsgazette.com

👍 Like          💬 Comment          ➡ Share

👍 35

 **Erik Keyster**

Write a comment...                    ☺

Exhibit 8-33


 **The Colliers**
Feb 5, 2016 at 11:44am · 🌐

The Colliers would like to announce and express our sincere gratitude to our family attorney Ellie Swanson who is now taking over our lawsuit against the State of Montana for denying our marriage license. We know that this is an uphill battle and considering the professional hits we have taken since going public we have been truly blessed with an attorney who is willing to represet us Pro bono. Before we filed our original lawsuit I spoke with literal dozens of Montana based attorneys and nobody wanted to touch plural marriage even as paid representation (how's that for making one feel dirty?). For Ellie to take this Pro bono, against all odds and everything working against us, is incredible. We can never fully express our gratitude and how thankful we are to have her on our team.

👍 Like          💬 Comment          ➤ Share



👍 63

 **Craig Odin Meagher**
Keep going you will open the door for the rest of us. Thank you so very much. And that is awesome that she will be doing this pro

Write a comment...          

Exhibit 8-34



**The Colliers**
Mar 15, 2016 at 8:29pm · 🌐

I found this by accident; we were on The Willie
Williams Show and didn't know. 🙂

https://www.youtube.com/watch?v=pjLNQTbldkg

**Montana man denied
marriage license for second
wife "Polygamy"**
Montana man denied
marriage license for second...
youtube.com

 17                    3 Comments 2 Shares

👍 Like          💬 Comment          ➤ Share

**The Colliers**
Feb 5, 2016 at 11:44am · 🌐

The Colliers would like to announce and express our
sincere gratitude to our family attorney Ellie
Swanson who is now taking over our lawsuit against
the State of Montana for denying our marriage
license.  We know that this is an uphill battle and

Exhibit 8-35



P ▭ ☀ ⊠ ⏰ 4G⊿ ▬ 1:43 PM

🔍 The Colliers ⋯

**HOME** ABOUT PHOTOS POSTS COMMUNIT

**The Colliers**
Apr 22, 2016 at 5:07pm · 🌐

Our super-duper attorney Ellie Swanson discusses our case on Ask the Expert.

https://earn.show/askexpertsleeper/282/attorney-elinor-swanson

**Ask the Expert - Attorney Elinor Swanson - Earn.show**
earn.show

👍 6                                    2 Shares

👍 Like          💬 Comment          ➤ Share

Write a comment...

**The Colliers**
Mar 15, 2016 at 8:29pm · 🌐

I found this by accident; we were on The Willie Williams Show and didn't know. 🙂

https://www.youtube.com/watch?v=pjLNQTbIdkg

Exhibit 8-36



**HOME**    ABOUT    PHOTOS    POSTS    COMMUNIT

 **The Colliers**    ⌄
May 10, 2016 at 12:27pm · 🌐

...that awkward moment when Chelsea offers to be your third wife. 😉 😃

http://deadline.com/2016/05/chelsea-trailer-chelsea-handler-netflix-talk-show-1201751578/



**'Chelsea' Trailer: Chelsea Handler Pretends To Be Oprah In New Netflix Talk Show**
deadline.com

👍❤️😄 22          3 Comments   1 Share

 Like      Comment      Share

Exhibit 8-37



 **The Colliers**
Jun 17, 2016 at 5:41pm • 🌐

...you just never get used to the surprise you feel when you happen across random articles about yourself in magazines. 🙂



**THE NEW SISTER WIVES?**

Make way for the Colliers! In May, with *Sister Wives* unraveling, a casting agent at TLC's parent company, Discovery, posted an online notice seeking polygamous families "for a potential new series." They may have found their fam: Robyn's friend Kendra Pollard confirms that TLC is "really interested" in Montana polygamist Nathan Collier and his two spouses, Victoria and Christine. The trio made headlines in 2015 for citing gay marriage rights in a suit against Montana seeking legal polygamist marriage, and appeared on a *Sister Wives* episode that year. "They have a very honest and legit family," Kendra explains of their appeal. "They're bringing in a third wife and everything."

LIFEANDSTYLEMAG.COM **29**

 34                              3 Shares

 Like       Comment       Share

 **The Colliers**
May 10, 2016 at 12:27pm • 🌐

...that awkward moment when Chelsea offers to be

Exhibit 8-38


 **The Colliers**
Sep 10, 2016 at 3:03pm • 🌐

In the current Life & Style Magazine, page 28. I don't mind the press, but would prefer a little advance notice.

While I cannot discuss the specifics of anything we are working on, know that Kody has never been anything less than a friend to me.



**TV Replacements Waiting in the Wings**

TLC already has another family lined up to take the *Sister Wives* slot! Montana polygamist Nathan Collier and wives Victoria and Christine (above) made headlines in 2015 for citing gay marriage as a legal argument to allow multiple spouses. They appeared on a *Sister Wives* episode that year, and the network wants them to stay. "Kody's been really nasty with the Colliers," says Kendra. "He won't talk to them."

Exhibit 8-39


 **The Colliers**
Nov 25, 2016 at 2:01pm · 🌐

We're guests on the Netflix series "Chelsea", Season 1 Episode 77 sub-title "You're Basically A Piece Of Meat", around twelve minutes in.  Please keep in mind that when six hours of conversation is edited down to five minutes, context is lost.

https://www.netflix.com/watch/80104608



👍❤️😮 51                              9 Comments



Exhibit 8-40

 **The Colliers**
Mar 14 at 6:52am · 🌐

The Crown has demanded my presence; as a result, Bighorn Refrigeration will be closed all day today while I subject myself to 8 hours of interrogation for seeking almighty permission simply to call my family my family without fear of being locked in a cage. My apologies for any inconveniences that result from my unavailability today. Please hold any calls that can wait until tomorrow. For any that can't wait, I'd refer you over to RC Refrigeration of Billings

👍😢😮 23                                11 Comments

 Like           Comment           Share

 **The Colliers**
Mar 13 at 2:48pm · 🌐

The wheels of our marriage license lawsuit are slowly beginning to turn. Christine and Vicki will spend all day today in depositions answering intrusive, very personal questions and Nathan will spend all day tomorrow doing the same thing.

👍❤️ 62                                22 Comments 2 Shares

Exhibit 8-41


 **The Colliers**
Mar 14 at 7:41pm • 🌐

After everything is said and done, I enjoyed today.  I was afforded the opportunity to stand in the face of those who would cage me for daring to commit to my plural family in spite of their unjust laws and I got to talk about how incredible my wives and children are, and how fortunate and honored I am to serve them, and I got to do this for hours to a captive audience of my oppressors.

Now don't get the wrong idea; it's a damn shame that we were forced to pick this fight....but if you hand me lemons I'm going to smash them and then laugh at you as I kick back and enjoy my lemonade.

👍❤️ 56            10 Comments

👍 Like      💬 Comment      ➤ Share

 **The Colliers**
Mar 14 at 6:52am • 🌐

The Crown has demanded my presence; as a result, Bighorn Refrigeration will be closed all day today while I subject myself to 8 hours of interrogation for seeking almighty permission simply to call my family

Exhibit 8-42

Nathan W. Collier
@PolyFam

TWEETS **100** FOLLOWING **54** FOLLOWERS **672** LIKES **62**

**Nathan W. Collier** @PolyFam · 11 Aug 2015
Pleasantly surprised that Montana issued my personalized plates. :) POLYFAM transferred to a different truck.



Exhibit 8-43



Search Twitter

**Nathan W. Collier**
@PolyFam

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|--------|-----------|-----------|-------|
| **100** | **54** | **672** | **62** |

**NRA**

Follow

**Friends of NRA**
@FriendsofNRA
The official Friends of NRA Twitter group!

**NRABLOG**

Follow

**NRABlog**
@NRAblog
NRA's official twitter handle covering all things related to firearms training, shooting sports, hunting and safety.

**Nathan W. Collier** @PolyFam · 29 Aug 2015
Refused to go into make-up for interview out of fear for my own safety. Told her if I let her put make-up on me I would kick my own ass. :D

5

**Nathan W. Collier** @PolyFam · 28 Aug 2015
Interview from yesterday with my local CBS affiliate. Not much video but a lot of printed content.

> **Lockwood polygamists file federal lawsuit seeking...**
> A Billings area family looking to have its polygamous marriage legalized, filed a civil rights lawsuit against state officials on Thursday. Nathan Collier and his partners Vi...
> ktvq.com

1     1

Exhibit 8-44

 

**Nathan W. Collier**
@PolyFam

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|--------|-----------|-----------|-------|
| 100 | 54 | 672 | 62 |

better" for having spent $3 for a lottery ticket.#ParentalWin

↩ 1    ⟲ 6    ♥ 23


**Nathan W. Collier** @PolyFam · 14 Nov 2015
NYPD standing in Times Square with automatic weapons in the low-ready position says the terrorists have already been successful here, too.

↩    ⟲    ♥


**Nathan W. Collier** @PolyFam · 23 Oct 2015
Article incorrectly stated, the judge has not yet ruled on dismissal and should see through the attempt.


**Polygamist lawsuit met with motion for dismissal**
A Billings area family looking to have its polygamous marriage legalized has reached yet another road bump on the way to the altar.
ktvq.com

↩    ⟲    ♥ 2


**Nathan W. Collier** @PolyFam · 3 Oct 2015
Gaining traction with more news sources.


**Expert Says Polygamists Have**
While commenting on constitutional matters during Talk Back this week, July 7, former University of Montana Law Professor Rob Natelson says the U.S. Supreme Court'...
newstalkkgvo.com

↩    ⟲ 2    ♥ 1

Exhibit 8-45