# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHRISTINE COLLIER, *et al*, ) | |
| ) | Cause No. CV 15-83-BLG-SPW-TJC |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| TIM FOX, *et al*, ) | |
| ) | |
| Defendants. ) | |

Before the Court is Defendants Scott Twito's and Terry Halpin's Unopposed Motion to Seal Attachment #6 to Affidavit of Kevin Gillen (Doc. No. 84.). (Doc. 87.) That motion being unopposed and good cause appearing,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The Clerk of Court shall seal Exhibit 6 to the Affidavit of Kevin Gillen (Doc. 84-6).

DATED this 29th day of June, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge