Elinor Swanson, Esq.
WARREN & SWANSON, PLLC
490 North 31st Street, Suite 101
Billings, Montana 59101
Phone: (406) 294-2300
Fax: (406) 655-4905
Email: eswanson@warrenswanson.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHRISTINE COLLIER, *et al*,<br><br>Plaintiffs,<br>v.<br>TIM FOX, *et al*,<br><br>Defendants. | Cause No. CV-15-83-SPW-TJC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFFS** |

Please take notice that Elinor Swanson, Esq., counsel for the Plaintiffs, is expecting a baby, due October 16, 2017. As a result, she may be unavailable for in-person depositions, hearings, and other proceedings in this matter beginning as early as October 2, 2017, when the baby is full term, and ending as late as December 29, 2017, depending on when the baby actually arrives and on infant

and maternal postnatal health.

Dated this 28th day of July, 2017.

                Respectfully submitted,

                WARREN & SWANSON, PLLC

                By: /s/ Elinor Swanson
                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 28th day of July, 2017, a copy of the foregoing was served upon the clerk of the court for the United States District Court for the District of Montana and all counsel of record by the CM/ECF system, as per mutual party written agreement:

| | |
|---|---|
| TIMOTHY C. FOX | KEVIN GILLEN |
| Montana Attorney General | MARK A. ENGLISH |
| DALE SCHOWENGERDT | Deputy Yellowstone County Attorneys |
| Solicitor General | Yellowstone County Courthouse Room 701 |
| PATRICK M. RISKEN | P.O. Box 35025 |
| MELISSA SCHLICHTING | Billings, MT 59107 |
| Assistant Attorney General | (406) 256-2870 |
| 215 North Sanders | *Attorney for Defendants Yellowstone County* |
| P.O. Box 201401 | *Attorney and Clerk of District Court* |
| Helena, MT 59620-1401 | |
| (406) 444-2026 | |
| *Attorney for Defendants Attorney General and Governor* | |

                WARREN & SWANSON, PLLC

                By: /s/ Elinor Swanson
                *Attorney for Plaintiffs*