UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHRISTINE COLLIER, also known as Christine Parkinson, VICTORIA "VICKI" COLLIER, and NATHAN COLLIER,, | Case No. CV-15-83 -BLG-SPW |
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| TIM FOX, in his official capacity as Attorney General of Montana, STEVE BULLOCK, in his official capacity as Governor of Montana, SCOTT TWITO, in his official capacity as Yellowstone County Attorney, and TERRY HALPIN, in her official capacity as Clerk of the Yellowstone County District Court, | |
| Defendants. | |

 __X__    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

**JUDGMENT IN FAVOR OF DEFENDANTS AGAINST PLAINTIFFS.**

Dated this 9th day of March, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Amanda Carrillo
        Deputy Clerk